## BIDDLE v. STATE. (7 Div. 911.)

(Court of Appeals of Alabama. Feb. 5, 1924.)

1. Intoxicating liquors ⬤137—Mere presence at still when whisky made no violation of law.

It is not a violation of a law for a man to be present at a still when whisky is being made.

2. Intoxicating liquors ⬤236(4) — Evidence held insufficient to sustain conviction.

In a prosecution for distilling intoxicating liquors, testimony tending only to show that defendant was present at a still when whisky was being made was insufficient to sustain a conviction.

Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge.

Adolphus Biddle was convicted of distilling, and appeals. Reversed and remanded.

Isbell & Scott, of Fort Payne, for appellant.

The evidence was not sufficient to justify a conviction. Moon v. State, ante, p. 176, 95 South. 830; Lee v. State, 18 Ala. App. 566, 93 South. 59.

Harwell G. Davis, Atty. Gen., for the State.

No brief reached the Reporter.

SAMFORD, J. [1, 2] It is not a violation of the law for a man to be present at a still when whisky is being made. This was all the testimony for the state tended to show. If a defendant is present at a still located on his own premises or premises under his control, a different question would be presented. The affirmative charge should have been given for the defendant as requested. Moon v. State, ante, p. 176, 95 South. 830; Farmer v. State, ante, p. 560, 99 South. 59.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.